JONES MOTOR CO., INC., *v.* PENNSYLVANIA
PUBLIC UTILITY COMMISSION ET AL.

No. 120.   Decided October 12, 1959.

*Roland Rice, William J. Wilcox* and *Christian V. Graf* for petitioner.

*William A. Goichman, Louis J. Carter* and *Thomas M. Kerrigan* for the Pennsylvania Public Utility Commission, respondent.

*Harold S. Shertz* for Intervening Respondents.

PER CURIAM.

The petition for writ of certiorari is granted and the judgment is reversed. *Service. Storage & Transfer Co.* v. *Virginia,* 359 U. S. 171.

LEWEY *v.* JONES.

No. 210.   Decided October 12, 1959.

*William C. Wines* and *Mark O. Roberts* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.